UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahkilah Benjamin

_____
Write the full name of each plaintiff.

-against-

NYU Langone Health

New York Presbytaryian

_____
Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

**26 CV 0252**

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes    ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2026 JAN -9 PM 3: 15

SDNY PRO SE OFFICE
RECEIVED

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Ahkilah                                    Benjamin

First Name                Middle Initial        Last Name

1990 Adam Clayton Powell JR Blvd

Street Address

New York City                NY                10026

County, City                    State            Zip Code

347-882-4523                    ahkilahb598@gmail.com

Telephone Number            Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    NYU Langone Health

Name

160 W 26th Street

Address where defendant may be served

New York                NY                10001

County, City                    State            Zip Code

Defendant 2:    New York Presbytaryian

Name

Address where defendant may be served

New York                NY

County, City                    State            Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

NYU Chelsea Ambulatory                    NYP

Name

160 W 26th Street

Address

New York, NY 10001

County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race:        African American/Black

☑ color:       Black

☐ religion:    _____

☐ sex:         _____

☐ national origin: _____

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _African American | Black_

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.   Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☑  did not hire me

☐  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☑·  retaliated against me

☑  harassed me or created a hostile work environment

☑  other (specify):  Defamed my name, my character, and my professional reputation.

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

(Continuing claim) HR has recklessly ignored my reach out attempts and I never recieved a simple apology for anything from anyone. New York Presbytaryian has also discriminated against me in the hiring process by having automatic rejection emails sent to me after applying for a position, they did a background check without my permission and ultimately rejected me employment because of NYU Langones feelings towards me which is all discriminatory.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑   Yes (Please attach a copy of the charge to this complaint.)

   When did you file your charge?   06|05|2025

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☑   Yes (Please attach a copy of the Notice of Right to Sue.)

   What is the date on the Notice?   11|24|2025

   When did you receive the Notice?   11|26|2025

☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☑   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

1) Take accountability and apoligize. 2) Send out notices to every company they defamed my name to explain false judgement. 3) Compensate me for the emotional distress they have caused me then and now, as well as for the 6 plus months I've been out of work. 4) Sign an affadavit stating they will never give false or misleading information about me to another employer no matter who or where it is.

Page 6

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

01/09/2025
Dated

Ahkilah Benjamin
Plaintiff's Signature

Ahkilah
First Name

M
Middle Initial

Benjamin
Last Name

1990 Adam Clayton Powell Jr Blud
Street Address

New York City
County, City

NY
State

10026
Zip Code

347-882-4523
Telephone Number

ahkilahb598@gmail.com
Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**Statement of Complaint**

My name is Ahkilah Benjamin. I am a Black woman who was employed by NYU Langone Health from July 17th 2023 to April 22nd 2025. I am filing this complaint to report workplace discrimination, harassment, retaliation, and defamation that I experienced during and after my employment with NYU Langone, which I believe occurred because of my race (Black).

During my employment, I was subjected to repeated discriminatory treatment and harassment by supervisors and coworkers. This conduct included, but was not limited to, unfair treatment, negative epithets, hostile behavior & actions, and disregarding my work ethic, all which differed from how non-Black employees were treated and praised. The work environment became hostile, intimidating, and emotionally distressing which caused my constructive discharge.

I made efforts to continue performing my job duties professionally despite the discrimination. However, the harassment persisted and escalated, ultimately impacting my mental health, job performance, and ability to continue working in that environment.

My name and professional reputation have been tarnished throughout that workplace and the broader healthcare network, making it extremely difficult to secure new employment in my field.

As a result of the Defendant's actions and their reckless disregard of the truth I have been out of work for over six months, which has caused significant financial hardship, emotional distress, and major depression. This situation has also traumatized me tremendously, leaving lasting psychological harm.

Because of the damage done to my name and professional reputation, I have also experienced distress and fear related to seeking medical care. I believe that false or harmful information about me has been shared within the healthcare network, which has caused me to be mistreated or viewed negatively during medical appointments. This has made me afraid to seek medical care, and fearful that I will not be diagnosed, treated, or regarded properly and professionally. This fear has further exacerbated my emotional distress and trauma and has ultimately interfered with my ability to care for my own health.

Additionally, the discrimination and harassment I endured caused me to second-guess my professional abilities and my calling as a nurse, despite my dedication to the health field and my belief that I would become a great nurse. This experience has shaken my confidence and disrupted a career path I worked hard to build.

The Defendant's actions have caused long-term and potentially permanent harm to my personal life, mental well-being, and professional future. The treatment I experienced reflects a pattern of discriminatory conduct, tyranny, and bullying that should not be tolerated in any workplace, especially within healthcare.

I respectfully request that the Court review this matter and take appropriate action. I seek accountability for the discrimination, harassment, and emotional abuse/distress I endured then and currently still enduring now, as well as any relief the Court deems just and proper.

I declare that the statements above are true to the best of my knowledge.

Ahkilah Benjamin

01/09/2025

ahkilahb598@gmail.com

X Ahkilah Benjamin

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/24/2025

**To:** Ahkilah Benjamin
1990 Adam Clayton Powell Jr Blvd 2B
NEW YORK, NY 10026
Charge No: 520-2025-05952

EEOC Representative and email:   RICHARD MCCRAE
INVESTIGATOR
RICHARD.MCCRAE@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2025-05952.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
11/24/2025
Arlean Nieto
Acting District Director

**Cc:**
Rachel Jacobson
Rachel.jacobson@nyulangone.org

NYU Langone health
160 W 26TH ST
NEW YORK, NY 10001

Daniel Dreisen Esq.
Daniel.Driesen@nyulangone.org

Jose Labarca
Jose.labarca@nyulangone.org

Beth Cooper
Beth.cooper@nyulangone.org


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2025-05952 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2025-05952 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.