UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahkilah Benjamin
_____

MEMORANDUM ENDORSED

Write the full name of each plaintiff or petitioner.

Case No. 26 CV 252

J. P. O

-against-

NYU Langone Health
_____

NOTICE OF MOTION

Plaintiff's Opposition to Defendants' motion to set Schedule and Memorandum of law in support.

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that    Plaintiff         Ahkilah Benjamin
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: Deny defendants motion to set Schedule for May 5th 2026 and instead set a more reasonable and timely date. Plaintiff respectfully suggests that a date in late March or early April 2026 would be more appropiate and would allow the matter to proceed efficiently.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☑ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

03/12/2026
Dated

Ahkilah Benjamin
Signature

Ahkilah Benjamin
Name

Prison Identification # (if incarcerated)

1990 Adam Clayton Powell Jr Blvd NYC                NY          10026
Address                                    City       State      Zip Code

                                        ahkilahb598@gmail.com
Telephone Number (if available)           E-mail Address (if available)

Denied.  The defendants have not made any "motion to set schedule."  The date of "May 5, 2026," may refer to the Court's internal deadline to assign a mediator.  This is not a deadline the Court can change, however, without disrupting the mediation process.  In any case, no action will be taken on this case until after defendants respond to the complaint.  That response is not due until April 27, 2026, however, as reflected in the waiver of service form filed on the docket (Docket # 13).

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 17, 2026